**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRUNSON ROBERTS** **PLAINTIFF**
**ADC #127841**

**V.** **NO. 4:26-cv-00945-JM**

**DEXTER PAYNE, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of October, 2026.

UNITED STATES DISTRICT JUDGE